SAMUEL J. KUBERT and Another v. J. A. CANTOR PRINTING CO., INC. SAMUEL J. KUBERT and Another v. J. A. CANTOR PRINTING CO., INC., and Another.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM STECHEL v. CHARLES DWORKES.— Application dismissed, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of J. HALBREN & SON v. MORRIS LANG.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNIE SCHOCH v. ADOLPH SCHOCH.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant complies with terms of orders. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KIDDIE GARMENT CO., INC., v. FAMOUS COMPANY.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MANFRED W. EHRICH, as Trustee, etc., v. FRED ANDREWS.— Preference granted for November 7, 1923. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WILLIAM J. POTH v. WASHINGTON SQUARE METHODIST EPISCOPAL CHURCH OF THE CITY OF NEW YORK.— Preference granted for November 1, 1923. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MICHAEL POLLY and Another, Doing Business under the Firm Name and Style of POLLY BROTHERS, Appellants, v. BROOKLYN BRIDGE FREEZING AND COLD STORAGE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

COAL AND IRON NATIONAL BANK, Respondent, v. AARON H. HOUTMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

HUGH McNULTY, Respondent, v. THE CITY OF NEW YORK, Impleaded with CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

SAMUEL P. BENJAMIN, an Infant, by NETTIE BENJAMIN, His Guardian ad Litem, Respondent, v. DELANCEY AMUSEMENT COMPANY, Appellant.— Judgment reversed and new trial granted on the facts, with costs to appellant to abide the event. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.; Finch, J., dissenting and voting for affirmance.

NETTIE BENJAMIN, Respondent, v. DELANCEY AMUSEMENT COMPANY, Appellant.— Judgment reversed and new trial granted on the facts, with costs to appellant to abide the event. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.; Finch, J., dissenting and voting for affirmance.

ABRAHAM FELDSTEIN and Another, as Executors, etc., of DAVID FELDSTEIN, Deceased, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs, on the authority of *Saad* v. *N. Y. Life Ins. Co.* (201 App. Div. 544; affd., 235 N. Y. 550). Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.